NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ANTHONY P. JOHN, DOC #R31835,   )
   )
          Appellant,   )
   )
v.   )      Case No. 2D18-3140
   )
STATE OF FLORIDA,   )
   )
          Appellee.   )
_____ )

Opinion filed February 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Dee Anna Farnell,
Judge.

Anthony P. John, pro se.


PER CURIAM.


Affirmed.


BLACK, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.